### STATE of Missouri, Respondent,

v.

### Raheem K. BLAND, Appellant.

### WD 77262

Missouri Court of Appeals, Western District.

FILED: June 2, 2015

Rachel S. Flaster, Jefferson City, MO, for respondent

S. Kate Webber, Kansas City, MO, for appellant

Before Division Four: Alok Ahuja, C.J., and Joseph M. Ellis and James E. Welsh, JJ.

## ORDER

PER CURIAM:

Following a jury trial, Raheem Bland was convicted of second-degree burglary, and sentenced to one year of incarceration. Execution of the sentence was suspended, and Bland was placed on three years' probation. Bland appeals, arguing that the evidence was insufficient to establish that he entered a building for the purpose of committing a crime inside it. We affirm. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 30.25(b).